# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ESAU GARCIA LOPEZ,

    Petitioner,

v.                                     Case No.:  3:13cv109/MCR/EMT

STATE OF FLORIDA and U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondents.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 26, 2013.  (Doc. 8).  Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

**DONE AND ORDERED** this 29th day of July, 2013.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**